BLANCHE FULLERTON V. JAMES C. KAY ET AL.

FILED APRIL 21, 1897.  No. 7162.

Contribution Between Sureties: PLEADING.

ERROR from the district court of Adams county. Tried below before BEALL, J. *Affirmed.*

*A. H. Bowen*, for plaintiff in error.

*Smith & McCreary, Batty & Dungan, M. A. Hartigan, F. P. Olmstead*, and *Tibbets, Morey & Ferris, contra.*

PER CURIAM.

This case is in all material respects precisely similar to that of *Fullerton v. Dilworth*, 51 Neb., 409, just decided, and for the same reason the judgment is

AFFIRMED.

RAGAN, C., not sitting.